**Dismiss and Opinion Filed August 22, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00675-CR

**COREY WEST, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81618-09**

## MEMORANDUM OPINION

Before Justices FitzGerald, Myers, and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
130675F.U05